# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-525-RJC-DCK

| | |
|---|---|
| HUBER TECHNOLOGY, INC., | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER** |
| | ) |
| GOWING CONTRACTORS LTD., | )<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion For Amended Pretrial Order And Case Management Plan" (Document No. 16) filed June 19, 2019. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and in consultation with Judge Conrad's chambers, the undersigned will grant the motion.

The crux of the pending motion is that the parties need "amended dates and deadlines and have come to an agreement with respect to a proposed amended schedule." (Document No. 16). The undersigned finds good cause to allow amended deadlines.

**IT IS, THEREFORE, ORDERED** that the parties' "Joint Motion For Amended Pretrial Order And Case Management Plan" (Document No. 16) is **GRANTED**.

**IT IS FURTHER ORDERED** that the deadlines in this case are revised as follows: Plaintiff's Expert Report – January 4, 2020; Defendant's Expert Report – February 1, 2020; Discovery Completion – March 2, 2020; Mediation Report – March 16, 2020; Dispositive Motions – April 1, 2020; Oral Argument on MSJ's – on or before April 24, 2020; Trial – September 1, 2020.

**SO ORDERED**.

Signed: June 20, 2019

David C. Keesler
United States Magistrate Judge